JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE CP 76,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>DOE 1, a corporation; DOE 2, a corporation; DOE 3, a corporation sole, and DOES 4 to 100, Inclusive,<br><br>　　　Defendants. | Case No. 5:24-cv-02583-CV-SP<br><br>**ORDER OF DISMISSAL** |

　　　On July 26, 2025, Plaintiff JANE ROE CP 76 and Defendants DOE 1, DOE 2, and DOE 3 (collectively, the "Parties") filed a Stipulation of Dismissal. Doc. # 42. Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and all parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

　　　**IT IS SO ORDERED**.

Dated: 8/13/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE